DEWEY & LeBOEUF LLP
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
Michael J. Rhee (SBN 226911)
E-mail: mrhee@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:     (650) 845-7000
Facsimile:      (650) 845-7333

Attorneys for Defendants
Safer Technologies, Inc., Cerma Technology, Inc.,
George Ackerson, Nicholas Streit, and Edward Halbach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>        Plaintiffs,<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH<br><br>        Defendants. | Case No. 08-cv-03608-RS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

- 1 -

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 08-CV-03608-RS

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD: PLEASE TAKE NOTICE that Peter E. Root and Michael J. Rhee hereby enter their appearance as counsel of record for Safer Technologies, Inc. Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward Halbach in the above-entitled action. Accordingly, please have future ECF notices sent to:

>Peter E. Root
>Michael J. Rhee
>Dewey & LeBoeuf LLP
>1950 University Avenue, Suite 500
>East Palo Alto, CA 94303-2225
>Telephone: (650) 845-7000
>Facsimile: (650) 845-7333

at the email addresses of

>proot@dl.com

Dated: September 26, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: /s/ Peter E. Root
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
Michael J. Rhee (SBN 226911)
E-mail: mrhee@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:   (650) 845-7000
Facsimile:   (650) 845-7333

Attorneys for Defendants
Safer Technologies, Inc., Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward Halbach

- 2 -

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: 08-CV-03608-RS