*E-FILED 9/29/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>　　　　Plaintiffs,<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH<br><br>　　　　Defendants. | Case No.  08-cv-03608-RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1    Kent J. Trembly, an active member in good standing of the bar of Nebraska whose
2    business address and telephone number are Kent J. Trembly, P.O Box 166 Ithaca, NE 68033,
3    (402) 433-1545, having applied in the above-entitled action for admission to practice in the
4    Northern District of California on a *pro hac vice* basis, representing defendants Safer
5    Technologies, Inc., Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward
6    Halbach.

7    IT IS HEREBY ORDERED that the application is granted, subject to the terms
8    and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9    *hac vice*. Service of papers upon and communication with counsel designated in the application
10   will constitute notice to the party. All future filings in this action are subject to the requirements
11   contained in General Order No. 45, *Electronic Case Filing*.

13   Dated:   9/29/08

_____
The Honorable Richard Seeborg
United States District Magistrate Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 08-cv-3608-RS