DEWEY & LEBOEUF LLP
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
Michael J. Rhee (SBN 226911)
E-mail: mrhee@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendants
Safer Technologies, Inc., Cerma Technology, Inc.,
George Ackerson, Nicholas Streit, and Edward Halbach

**FILED**

2008 SEP 26 P 3: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>Plaintiffs,<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH<br><br>Defendants. | Case No. 08-cv-03608-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil Local Rule 11-3, Kent J. Trembly, an active member in good standing of the bar of Nebraska hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Safer Technologies, Inc., Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward Halbach in the above–titled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Peter E. Root
> Dewey & LeBoeuf L.L.P.
> 1950 University Ave., Suite 500
> East Palo Alto, CA 94303
> Tel: (650) 845-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2008          By: /s/ Kent J. Trembly
                                         KENT J. TREMBLY

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 08-cv-03608-RS

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Peter E. Root, am the ECF User whose ID and password are being used to file this *Pro Hac Vice* application. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September, 2008, at East Palo Alto, California.

          /s/ Peter E. Root
          Peter E. Root

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225