DEWEY & LEBOEUF LLP
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
Michael J. Rhee (SBN 226911)
E-mail: mrhee@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:    (650) 845-7000
Facsimile:    (650) 845-7333

Attorneys for Defendants
Safer Technologies, Inc., Cerma Technology, Inc.,
George Ackerson, Nicholas Streit, and Edward Halbach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC, | Case No.  08-cv-03608-RS |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER THE COMPLAINT** |
| SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH | |
| Defendants. | |

WHEREAS counsel for plaintiff Motor Works LLC ("Motor Works") and the defendants Safer Technologies, Inc., Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward Halbach ("Stipulating Defendants") have met and conferred regarding the time for responding to the Complaint;

IT IS HEREBY STIPULATED by and between plaintiff Motor Works and the Stipulating Defendants, through their respective counsel, that:

The time for the Stipulating Defendants to answer the Complaint is extended to October 2, 2008.

Dated: September 30, 2008            Respectfully submitted,

DEWEY & LEBOEUF LLP

By: /s/ Peter E. Root
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
Michael J. Rhee (SBN 226911)
E-mail: mrhee@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:    (650) 845-7000
Facsimile:    (650) 845-7333

Attorneys for Defendants
Safer Technologies, Inc., Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward Halbach

Dated: September 30, 2008            Respectfully submitted,

WEEMS LAW OFFICES

By: /s/ Robert C. Weems
Robert C. Weems (SBN 148156)
E-mail: rcweems@weemslawoffices.com
751 Center Blvd.
Fairfax, CA 94930
Telephone: (415) 259-0294
Facsimile: (415) 259-0108
Attorneys for Plaintiff

- 1 -
STIPULATION RE: TIME TO ANSWER COMPLAINT
CASE NO.: 08-cv-03608-RS

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Peter E. Root, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order to Extend Time to Answer or Otherwise Respond to Complaint.  In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2008, at East Palo Alto, California.

                                        /s/ Peter E. Root
                                        Peter E. Root

**DEWEY & LeBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefor, IT IS SO ORDERED.

Dated:_____

_____
The Honorable Richard Seeborg
United States District Magistrate Judge

- 3 -
STIPULATION RE: TIME TO ANSWER COMPLAINT
CASE NO.: 08-cv-03608-RS