DEWEY & LEBOEUF LLP
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
Michael J. Rhee (SBN 226911)
E-mail: mrhee@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:   (650) 845-7000
Facsimile:    (650) 845-7333

Attorneys for Defendants
Safer Technologies, Inc., Cerma Technology, Inc.,
George Ackerson, Nicholas Streit, and Edward Halbach

*E-FILED 10/1/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>　　　Plaintiffs,<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH<br><br>　　　Defendants. | Case No.  08-cv-03608-RS<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME TO ANSWER THE COMPLAINT** |

WHEREAS counsel for plaintiff Motor Works LLC ("Motor Works") and the defendants Safer Technologies, Inc., Cerma Technology, Inc., George Ackerson, Nicholas Streit, and Edward Halbach ("Stipulating Defendants") have met and conferred regarding the time for responding to the Complaint;

IT IS HEREBY STIPULATED by and between plaintiff Motor Works and the Stipulating Defendants, through their respective counsel, that:

The time for the Stipulating Defendants to answer the Complaint is extended to October 2, 2008.

Dated: September 30, 2008          Respectfully submitted,

                                   DEWEY & LEBOEUF LLP

                                   By: /s/ Peter E. Root
                                   Peter E. Root (SBN 142348)
                                   E-mail: proot@dl.com
                                   Michael J. Rhee (SBN 226911)
                                   E-mail: mrhee@dl.com
                                   1950 University Avenue, Suite 500
                                   East Palo Alto, California 94303
                                   Telephone:     (650) 845-7000
                                   Facsimile:     (650) 845-7333

                                   Attorneys for Defendants
                                   Safer Technologies, Inc., Cerma Technology, Inc.,
                                   George Ackerson, Nicholas Streit, and Edward
                                   Halbach

Dated: September 30, 2008          Respectfully submitted,

                                   WEEMS LAW OFFICES


                                   By: /s/ Robert C. Weems
                                   Robert C. Weems (SBN 148156)
                                   E-mail: rcweems@weemslawoffices.com
                                   751 Center Blvd.
                                   Fairfax, CA  94930
                                   Telephone:  (415) 259-0294
                                   Facsimile:  (415) 259-0108
                                   Attorneys for Plaintiff

- 1 -
STIPULATION RE: TIME TO ANSWER COMPLAINT
CASE NO.:  08-cv-03608-RS

*DEWEY & LeBOEUF LLP*
*1950 University Avenue, Suite 500*
*East Palo Alto, CA 94303-2225*

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Peter E. Root, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order to Extend Time to Answer or Otherwise Respond to Complaint. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2008, at East Palo Alto, California.

      /s/ Peter E. Root
      Peter E. Root

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefor, IT IS SO ORDERED.

Dated: 10/1/08

_____
The Honorable Richard Seeborg
United States District Magistrate Judge