1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Motor Works, LLC, | 08-03608 RS |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Safer Technologies, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

Notice Re: Noncompliance With Court Order

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: November 7, 2008

RICHARD W. WIEKING
Clerk
by:     Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name:        Motor Works, LLC v. Safer Technologies, Inc.

Case Number:      08-03608 RS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>       ADR Program
>       United States District Court
>       Norther District of California
>       450 Golden Gate Avenue Floor 16
>       San Francisco, CA 94102

On November 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>       Robert Chipley Weems
>       Weems Law Offices
>       Fair-Anselm Blvd
>       751 Center Blvd
>       2ND Floor W
>       Fairfax, CA 94930
>       rcweems@comcast.net
>
>       Peter Edward Root
>       Dewey & LeBoeuf LLP
>       1950 University Avenue
>       Suite 500
>       East Palo Alto, CA 94303
>       proot@dl.com
>
>       Kent J Trembly
>       Post Office Box 166
>       Ithaca, NE 68033

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ x] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

> Kent J Trembly
> Post Office Box 166
> Ithaca, NE 68033

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 7, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:    Lisa M. Salvetti
>
> ADR Administrative Assistant
> 415-522-2032
> lisa_salvetti@cand.uscourts.gov