# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Motor Works, LLC, | No. C 08-03608 JW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Safer Technologies, Inc., | |
| Defendant(s). | |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __MARCH 4, 2009__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ **YES**   ☐ **NO**

Dated: __MARCH 4, 2009__

_____
**Mediator, Jerald E. Rosenblum**
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

**Certification of ADR Session**
08-03608 JW MED