James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
GEORGE ACKERSON, NICHOLAS STREIT and
EDWARD HALBACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERMAN, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH,<br><br>Defendants. | Case No.: 08-CV-03608 RS<br><br>**SUBSTITUTION OF ATTORNEYS AND [PROPOSED] CONSENT ORDER** |

Notice is hereby given that, subject to approval by the court, Defendants SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, and NICHOLAS STREIT substitute James M. Hanavan, State Bar No. 66097 as counsel of record in place of Kent J. Trembly and Peter E. Root.

Contact information for new counsel is as follows:

James M. Hanavan, State Bar No. 66097
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783
e-mail: craigielaw@aol.com

1 | I consent to the above substitution.

2 | Dated: Feb 26, 2009

3 | SAFER TECHNOLOGIES, INC.
  | By: George Ackerson

4 |
5 | Dated: Feb 26, 2009

   | GEORGE ACKERSON

6 |
7 | Dated: _____, 2009
8 |
   | CERMA TECHNOLOGY, INC.
   | By: Nicholas Streit

9 |
10 |
11 | Dated: _____, 2009
12 |
   | NICHOLAS STREIT
13 | Dated: 3/30/__, 2009
14 |
   | EDWARD HALBACH
15 |
16 | I consent to being substituted.
17 | Dated: February 25, 2009
18 |
   | DEWEY & LEBOEUF LLP
19 |
20 |
   | Peter E. Root
21 |
22 |
23 | Dated: _____, 2009
   | TREMBLY LEGAL SERVICES
24 |
25 |
   | Kent Trembly
26 |
27 | ///
   | ///

CRAIGIE, MCCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2  Substitution of Attorneys and [Proposed] Consent Order

| | |
|---|---|
| 1  I consent to the above substitution. | |
| 2 | |
| 3  Dated: _____, 2009 | _____ |
| 4 | SAFER TECHNOLOGIES, INC.<br>By: George Ackerson |
| 5  Dated: _____, 2009 | _____ |
| 6 | GEORGE ACKERSON |
| 7 | *Nicholas Streit* (signature) |
| 8  Dated: 2-25, 2009 | _____ |
| 9 | CERMA TECHNOLOGY, INC.<br>By: Nicholas Streit |
| 10 | *Nicholas Streit* (signature) |
| 11  Dated: 2-25, 2009 | _____<br>NICHOLAS STREIT |
| 12 | |
| 13  Dated: _____, 2009 | _____ |
| 14 | EDWARD HALBACH |
| 15 | |
| 16  I consent to being substituted. | |
| 17 | |
| 18  Dated: _____, 2009 | DEWEY & LEBOEUF LLP |
| 19 | |
| 20 | _____ |
| 21 | Peter E. Root |
| 22 | |
| 23  Dated: _____, 2009 | TREMBLY LEGAL SERVICES |
| 24 | |
| 25 | _____ |
| 26 | Kent Trembly |
| 27  /// | |
|      /// | |

CRAMGIE McCARTHY & CLOW
Telephone 415-732-7788 • Facsimile 415-732-7783

2
Substitution of Attorneys and [Proposed] Consent Order

1   I consent to the above substitution.

2

3   Dated: _____, 2009

                                                  SAFER TECHNOLOGIES, INC.
4                                                     By: George Ackerson

5   Dated: _____, 2009

6                                                     GEORGE ACKERSON

7

8   Dated: _____, 2009

9                                                     CERMA TECHNOLOGY, INC.
                                                  By: Nicholas Streit

10

11   Dated: _____, 2009

12                                                    NICHOLAS STREIT

13   Dated: _____, 2009

14                                                    EDWARD HALBACH

15

16   I consent to being substituted.

17

18   Dated: _____, 2009          DEWEY & LEBOEUF LLP

19

20                                                    Peter E. Root

21

22

23   Dated: 3/3, 2009                     TREMBLY LEGAL SERVICES

24

25                                                    [signature]

26                                                  Kent Trembly

27   ///

///

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2

Substitution of Attorneys and [Proposed] Consent Order

1 | I consent to the above substitution.

3 | Dated: _____, 2009                CRAIGIE, McCARTHY & CLOW

_____
James M. Hanavan

### ORDER

The substitution of attorney is hereby approved and so ORDERED

Dated: _____, 2009                _____
United States District Court Judge

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783