James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
GEORGE ACKERSON, NICHOLAS STREIT and
EDWARD HALBACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERMAN, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH,<br><br>Defendants. | Case No.: 08-CV-03608 JW (RS)<br><br>**SUBSTITUTION OF ATTORNEYS AND [PROPOSED] CONSENT ORDER** |

Notice is hereby given that, subject to approval by the court, Defendants SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, and NICHOLAS STREIT substitute James M. Hanavan, State Bar No. 66097 as counsel of record in place of Kent J. Trembly and Peter E. Root.

Contact information for new counsel is as follows:

James M. Hanavan, State Bar No. 66097
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783
e-mail: craigielaw@aol.com

1

Substitution of Attorneys and [Proposed] Consent Order



| | |
|---|---|
| 1  I consent to the above substitution. | |
| 2  Dated: Feb 26, 2009 | *[signature]* |
| 3 | SAFER TECHNOLOGIES, INC. |
| | By: George Ackerson |
| 4 | *[signature]* |
| 5  Dated: Feb 26, 2009 | |
| | GEORGE ACKERSON |
| 6 | |
| 7 | |
| 8  Dated: _____, 2009 | CERMA TECHNOLOGY, INC. |
| | By: Nicholas Streit |
| 9 | |
| 10 | |
| 11  Dated: _____, 2009 | NICHOLAS STREIT |
| | *[signature]* |
| 12 | |
| 13  Dated: 3/30, 2009 | *[signature]* |
| | EDWARD HALBACH |
| 14 | |
| 15 | |
| 16  I consent to being substituted. | |
| 17  Dated: February 25, 2009 | DEWEY & LEBOEUF LLP |
| 18 | |
| 19 | *[signature]* |
| 20 | Peter E. Root |
| 21 | |
| 22 | TREMBLY LEGAL SERVICES |
| 23  Dated: _____, 2009 | |
| 24 | |
| 25 | Kent Trembly |
| 26 | |
| 27  /// | |
|     /// | |

*CRAIGIE, MCCARTHY & CLOW*
*Telephone: 415/732-7788 · Facsimile: 415/732-7783*

2  Substitution of Attorneys and [Proposed] Consent Order

1  I consent to the above substitution.

2

3  Dated: _____, 2009

4  _____
   SAFER TECHNOLOGIES, INC.
   By: George Ackerson

5  Dated: _____, 2009

6  _____
   GEORGE ACKERSON

7

8  Dated: __2-25__, 2009

   */s/ Nicholas Streit*
   _____
9  CERMA TECHNOLOGY, INC.
   By: Nicholas Streit

10

11 Dated: __2-25__, 2009

   */s/ Nicholas Streit*
   _____
   NICHOLAS STREIT

12

13 Dated: _____, 2009

14 _____
   EDWARD HALBACH

15

16 I consent to being substituted.

17

18 Dated: _____, 2009    DEWEY & LEBOEUF LLP

19

20 _____
   Peter E. Root

21

22

23 Dated: _____, 2009    TREMBLY LEGAL SERVICES

24

25

26 _____
   Kent Trembly

27 ///
   ///

2
Substitution of Attorneys and [Proposed] Consent Order

1 | I consent to the above substitution.

2

3 | Dated: _____, 2009

4 | SAFER TECHNOLOGIES, INC.
By: George Ackerson

5 | Dated: _____, 2009

6 | _____
GEORGE ACKERSON

7

8 | Dated: _____, 2009

9 | CERMA TECHNOLOGY, INC.
By: Nicholas Streit

10

11 | Dated: _____, 2009

12 | _____
NICHOLAS STREIT

13

14 | Dated: _____, 2009

15 | _____
EDWARD HALBACH

16 | I consent to being substituted.

17

18 | Dated: _____, 2009 | DEWEY & LEBOEUF LLP

19

20

21 | _____
Peter E. Root

22

23 | Dated: 3/3 , 2009 | TREMBLY LEGAL SERVICES

24

25 | /s/ Kent Trembly

26 | Kent Trembly

27 | ///

///

2

Substitution of Attorneys and [Proposed] Consent Order

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

I consent to the above substitution.

Dated: _____, 2009           CRAIGIE, McCARTHY & CLOW

                                        _____
                                        James M. Hanavan

## ORDER

The substitution of attorney is hereby approved and so ORDERED

This Order also finds as moot Docket Item No. 27.

Dated: ___April 13___, 2009            _____
                                        United States District Court Judge

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

3

Substitution of Attorneys and [Proposed] Consent Order