United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Motor Works LLC,

Plaintiff,

v.

Safer Technologies, Inc., et al.,

Defendants.

_______________________________________/

NO. C 08-03608-JW

**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**

This case was scheduled for a Preliminary Pretrial Conference on June 29, 2009. It appears that Plaintiff did not participate in the drafting of the case management conference statement submitted to the Court. Further, neither party has provided the Court with a proposed trial schedule. Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **July 13, 2009 at 11 a.m.** The parties shall meet and confer and file a Joint Case Management Statement on or before **July 6, 2009.** The parties' Statement shall, among other things, inform the Court of their readiness for trial, the amount of time the Court should allocate for trial, and any ongoing efforts to settle this matter.

Dated: June 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Mitchell Hanavan craigielaw@aol.com
Robert Chipley Weems rcweems@comcast.net

**Dated: June 25, 2009**

**Richard W. Wieking, Clerk**

**By:____/s/ JW Chambers____________**
**Elizabeth Garcia**
**Courtroom Deputy**

**United States District Court**
For the Northern District of California