1 James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
2 CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
3 San Francisco, CA 94133
Telephone: (415) 732-7788
4 Facsimile: (415) 732-7783

6 Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
7 GEORGE ACKERSON, MARY STRANAHAN,
NICHOLAS STREIT and EDWARD HALBACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC, | Case No.: 08-CV-03608 JW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERMAN, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH, | |
| Defendants. | **OR IN THE ALTERNATIVE DEFENDANTS' MOTION TO REOPEN DISCOVERY TO COMPEL RESPONSES TO DEFENDANTS' OUTSTANDING DISCOVERY AND COMPLETE THE DISCOVERY PROCESS** |

Defendants' Motion to Shorten Time for Hearing of Defendants' Motion for Leave to File a Motion for Reconsideration of the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment or in the Alternative, Defendants' Motion to Reopen Discovery to Compel Responses to Defendants' Outstanding Discovery and Complete the Discovery Process is GRANTED.

///

1   IT IS HEREBY ORDERED that

2   The hearing on Defendants' motion is reset to December 21, 2009. Any opposition

3   papers must be filed by December 11, 2009 and any reply papers must be filed by December 14,

4   2009.

Dated: _____                    _____
                                          Hon. James Ware
                                          JUDGE OF THE UNITED STATES
                                          DISTRICT COURT

2
[Proposed] Order