1  James M. Hanavan, State Bar No. 66097
2  Kristen E. Drake, State Bar No. 202827
   CRAIGIE, McCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 732-7788
4  Facsimile: (415) 732-7783

5

6  Attorneys for Defendants
   SAFER TECHNOLOGIES, INC.,
7  CERMA TECHNOLOGY, INC.,
   GEORGE ACKERSON, MARY STRANAHAN,
   NICHOLAS STREIT and EDWARD HALBACH
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERMAN, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH,<br><br>          Defendants. | Case No.: 08-CV-03608 JW<br><br>**NOTICE OF PLAINTIFF'S FAILURE TO MEET AND CONFER IN VIOLATION OF THE COURT'S JULY 8, 2009 PRELIMINARY PRETRIAL CONFERENCE SCHEDULING ORDER**<br><br>Date:   March 16, 2010<br>Time:   1:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED THAT plaintiff Motor Works LLC has failed to meet and confer with defendants' counsel as required by the Court's July 8, 2009 Preliminary Pretrial Conference Scheduling Order (the "Order").

The Court's Order specifies that a Joint Final Pretrial Conference Statement and *In Limine* Motions are due on January 22, 2010. The Court's Order further requires that the parties meet and confer regarding this Joint Final Pretrial Conference Statement. In an effort to meet and confer, defendants' counsel sent the correspondence attached hereto as Exhibit "A" to plaintiff's

*(left margin, vertical)* CRAIGIE, McCARTHY & CLOW   Telephone: 415/732-7788 · Facsimile: 415/732-7783

1

1  counsel on Tuesday, January 19, 2010.  Plaintiff's counsel has failed to respond.  [Accompanying

2  declaration of Kristen E. Drake.]

3

4

5  Dated: January 22, 2010                    CRAIGIE, McCARTHY & CLOW

6

7

8                                         _____/s/ James M. Hanavan_____

9                                         By: James M. Hanavan
                                          Attorneys for Defendants
10                                        SAFER TECHNOLOGIES, INC.,
                                          CERMA TECHNOLOGY, INC.,
11                                        GEORGE ACKERSON,
                                          MARY STRANAHAN,
12                                        NICHOLAS STREIT and
                                          EDWARD HALBACH
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Notice of Plaintiff's Failure to Meet and Confer in
Violation of Court Order

CRAIGIE, McCARTHY & CLOW
Telephone: 415/733-7788 • Facsimile: 415/733-7783

# Exhibit "A"

**From:** craigielaw@aol.com
**To:** rcweems@weemslawoffices.com
**Cc:** JimHanavan@aol.com
**Subject:** Joint Pretrial Conference Statement
**Date:** Tue, Jan 19, 2010 1:54 pm

Dear Mr. Weems,

Pursuant to the Court's July 8, 2009 Preliminary Pretrial Conference Scheduling Order, the Joint Final Pretrial Conference Statement and *In Limine* Motions are due this Friday.  Please forward to us a proposed Joint Pretrial Conference Statement which, pursuant to the court's order, contains the following:

1.  A brief description of the substance of claims and defenses which remain to be decided
2.  A detailed statement of all the relief claimed, particularly itemizing all elements of damages claimed as well as witnesses, documents or other evidentiary material to be presented concerning the amount of those damages
3.  A plain and concise statement of all relevant facts not reasonably disputable, as well as which facts the parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits
4.  A plain and concise statement of all disputed factual issues which remain to be decided
5.  A statement assessing whether all or part of the action may be presented upon an agreed statement of facts
6.  A statement of stipulations requested or proposed for pretrial or trial purposes
7.  A concise statement of each disputed point of law concerning liability or relief
8.  A list of all witnesses likely to be called at trial
9.  A list of evidence the parties intend to present at trial through use of excerpts from depositions, from interrogatory answers, or from responses to requests for admissions
10.  Any other subjects relevant to the trial of the action, or material to its just, speedy and inexpensive determination

Sincerely,
Kristen Drake