IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Motor Works, LLC, | NO. C 08-03608 JW |
| Plaintiff, | **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |
| v. | |
| Safer Technologies, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Final Pretrial Conference on February 22, 2010. To date, the parties have not submitted a Joint Pretrial Conference Statement. The Joint Statement as well as any *in limine* motions were due on January 22, 2010. (See Preliminary Pretrial Conference Scheduling Order (Bench Trial), hereafter, "July 8, 2009 Order," Docket Item No. 35.) Unless the parties are currently engaging in advanced settlement discussions, the Court finds no good cause for the parties' disregard of the Court's July 8, 2009 Order. However, in light of the scheduled March 8, 2010 hearing on Defendants' Motion for Leave to File Counterclaims, the Court finds good cause to continue the Final Pretrial Conference.

Accordingly, the Court CONTINUES the Final Pretrial Conference to **March 8, 2010 at 11 a.m.** On or before **February 26, 2010**, the parties shall file a Joint Pretrial Conference Statement as well as any *in limine* motions and any other filings required under the July 8, 2009 Order in preparation for the upcoming March 16, 2010 trial. The Joint Statement shall update the Court on the parties' readiness for trial as well as any settlement efforts.

Dated: February 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Mitchell Hanavan craigielaw@aol.com
Robert Chipley Weems rcweems@weemslawoffices.com

**Dated: February 17, 2010**                               **Richard W. Wieking, Clerk**

                                                           **By:    /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**