James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
GEORGE ACKERSON, MARY STRANAHAN,
NICHOLAS STREIT and EDWARD HALBACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERMAN, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH,<br><br>Defendants. | Case No.: 08-CV-03608 JW<br><br>**DECLARATION OF ALVAH C. BITTNER IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE COUNTERCLAIMS**<br><br>Date: March 8, 2010<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

I, Alvah C. Bittner, declare:

1. I am a resident of the State of Washington and Principal with Bittner & Associates a Research, Development, Testing and Evaluation (RDT&E) Consultancy located in Kent, WA. Bittner & Associates has been in business since my retirement as a Research Team Leader, with the Transportation Research Group of the Battelle Seattle Research Center on 1 April 2005. At the time of my retirement, I was a Full-Professor affiliated with the Department of Environmental Heath at the University of Washington. I have an extensive background serving as a consultant concerned with the design and evaluation of research-studies at all stages of RDT&E with a particular focus on assurance of the validity of claims that may be derived

1

Declaration of Alvah C. Bittner in Support of
Defendants' Motion for Leave to File
Counterclaims

from research studies. This is broadly reflected in my more than 400 publications (>100 journal and book chapters, and edited volumes as well as >300 other technical and proceedings reports).

2. I have the level of expertise regarding the evaluation of research and research claims that qualifies me as an expert witness in the aforementioned areas.

3. Circa mid-February 2008, I was contacted by George Ackerson, who requested a "science background check" with regard, to Mr. John Murray and his purported patent filing relative to a polyether modified polysiloxane.

4. I subsequently found and evaluated a patent application, filed by Mr. John Murray (ca.2004) as well as decades earlier prior-art patients addressing the addition of polysiloxanes to lube oils/greases. These altogether led me initially to conclude that the patent application was "highly suspect in several regards, if not possibly fraudulent."

5. I based my findings on several important elements to any patent that in this case presented marked inconsistencies. In this regard, one of the foremost requirements is to address what is known as "prior art." In this case there were at least two decades of relevant prior art regarding polysiloxanes ignored in the pending patent. Mr. Murray claims to have invented specific compound that he also states as being similar to a another company's formulation: BYK 333, manufactured by BYK Chemmie, of Germany.

6. Relative to suspicions re: Mr. John Murray's application, I consulted with an associate of mine who is a PhD Nuclear Chemist, regarding a definitive comparison of Mr. Murray's product and BYK 333. Our consensus was that two sets of samples should be obtained and compared in such manner as to either confirm, or refute our developing conjecture that this patent application was possibly fraudulent; i.e., Mr John Murray's purported patent processes were in fact not being conducted as claimed as to a) a product similar to but unique from BYK 333, and b) then structural alterations by a process of heating, and/or sonic mixing, and/or filtering. Findings of substantial differences it should be noted would both tend to counter our growing conjecture, and lend support to a claim of substantive differences between BYK 333 and the product offered by Mr. John Murray.

2

Declaration of Alvah C. Bittner in Support of Defendants' Motion for Leave to File Counterclaims

    7.     We recommended that one set of samples should be obtained from the distributor, Cerma Technology, Inc., and the other from BYK Chemmie for evaluation. Moreover, that a two pronged approach, to either confirm or refute our suspicions, be implemented. This included both (a) conduct of FTIR (Fourier Transform Infrared) Spectroscopy for comparing of the chemical compensations of the two produces, and (b) Nuclear Magnetic Resonance (NMR) for confirmation as to their individual molecular structures.

    8.     Regardless of this level of due diligence on the part of Safer Technologies, I strongly predicted that the patent application, with its something more than two score claims, was such an "unsupported mishmash" that it would never be awarded. I was informed ca. March 12 2008 that my prediction was confirmed when this same application was summarily denied as to every claim.

    9.     Further to the two analytical studies conducted by Montana State University, both external professional and my own reviews of the two graph sets for the FTIR and NMR, concurred in judgment that there remains no elemental possibility that the two sets of products samples are not from the manufacturing batch processes of BYK Chemmie. Attached hereto as Exhibit "A" are true and correct copies of the graphs.

    10.     I am over eighteen years of age and have the capacity to perceive and recollect. If called upon to testify, I am competent to testify to the foregoing matters, which are within my personal knowledge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 22, 2010.

    /s/ Alvah C. Bittner
    Alvah C. Bittner

## GENERAL ORDER 45 CERTIFICATION

I, James M. Hanavan, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 22, 2010   CRAIGIE, McCARTHY & CLOW

/s/ James M. Hanavan
By: James M. Hanavan
Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
GEORGE ACKERSON,
MARY STRANAHAN,
NICHOLAS STREIT and
EDWARD HALBACH

4

Declaration of Alvah C. Bittner in Support of Defendants' Motion for Leave to File Counterclaims

# Exhibit "A"





#4 Cermax

#2 Control

Nestor Soriano PhD
Montana State University Northern, Havre MT
College of Technical Sciences
**FTIR Test (Fourier Transform Infrared) Spectroscopy**