James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
GEORGE ACKERSON, MARY STRANAHAN,
NICHOLAS STREIT and EDWARD HALBACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOR WORKS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERMAN, MARY STRANAHAN, NICHOLAS STREIT, TIM STREIT and EDWARD HALBACH,<br><br>　　　　Defendants. | Case No.: 08-CV-03608 JW<br><br>**DEFENDANTS' RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER IN LIGHT OF EVIDENCE JUST OBTAINED**<br><br>**AND**<br><br>**NOTICE OF ADDITIONAL EVIDENCE JUST OBTAINED IN SUPPORT OF MOVING PARTIES' REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE COUNTERCLAIMS**<br><br>Date:   March 8, 2010<br>Time:   9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT a third party, Daniel M. Godbout, has just confirmed that John Murray, Plaintiff Motor Works LLC's principal, did indeed post the subject defamatory articles about Defendants Safer Technologies, Inc. ("Safer") and Cerma Technology, Inc. ("CTI"), collectively "Defendants", on the "Ripoff Report" website.

1

Renewed Motion for Temporary Restraining Order
and Notice of Additional Evidence Just Obtained
in Support of Motion for Leave to File
Counterclaims

In his declaration, attached as Exhibit "A" to the accompanying declaration of Kristen E. Drake, Mr. Godbout states that Murray "asked for my help with some Rip Off reports that he had filed against companies and products. The Rip Off reports are on the internet on the Rip Off Report web site and are against the products Cermax…, and the companies Safer Technologies…" [Declaration of Daniel M. Godbout ("Godbout Decl.") at ¶ 2.]

Mr. Godbout further states that Murray was asking for help regarding the internet ranking of the Ripoff Report articles as the "reports he [Murray] filed were having unintended damaging results to his [Murray's] product and company and against his Cerma Canada Distributor." [Godbout Dec. at ¶ 3.] Murray wanted Mr. Godbout's assistance in "lower[ing] the ranking on the reports that were causing him and his distributors damage and/or concern." Mr. Godbout elected not to assist Mr. Murray. [Godbout Dec. at ¶ 4.]

In light of this new evidence, Defendants Safer and CTI, by and through their undersigned counsel, hereby renew their motion to this Court for a temporary restraining order prohibiting Plaintiff Motor Works LLC ("Motor Works") and John Murray from posting false, disparaging remarks about Defendants on the website "Ripoff Report", or any other website or written form of media, and from infringing Defendants' CERMAX and CERMA ADVANCED LUBRICATION TECHNOLOGY trademarks.

Defendants Safer and CTI bring this application on the ground that immediate and irreparable injury, loss and damage will result to Defendants before notice can be given and the Plaintiff and its attorneys can be heard in opposition, in light of the most recent January 21, 2010 "Ripoff Report" posting. This renewed motion is based on this notice, the accompanying declaration of Kristen E. Drake, which attaches the declaration of Daniel M. Godbout, the Memorandum of Points and Authorities in support of this motion (Docket #68), the Declarations of James M. Hanavan (Docket #74), Jay Erickson (Docket #72), Greg Soderberg (Docket #73), Andy Heintzelman (Docket #70), George Ackerson (Docket #71) and Nicholas Streit (Docket # 75), as well as the Reply Declaration of Nicholas Streit (Docket # 81) and the Declaration of Dr. Alvah Bittner (Docket #82).

2

Renewed Motion for Temporary Restraining Order and Notice of Additional Evidence Just Obtained in Support of Motion for Leave to File Counterclaims

More specifically, Defendants move for an Order to provide the following immediate and temporary relief and to show cause, fixing the time for hearing a motion for a preliminary injunction:

### RELIEF SOUGHT BY DEFENDANTS:

Defendants ask the Court to enjoin Plaintiff Motor Works and John Murray, as well as their successors, assigns, officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, all other persons or entities directly or indirectly under their control or under common control with any of them, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, including but not limited to fictitious business names, and each such person from publishing false statements about Defendants, their products or services on "Ripoff Report", or any other website or written form of media.

Further, Defendants ask the Court to enjoin Plaintiff Motor Works and John Murray as well as their successors, assigns, officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, all other persons or entities directly or indirectly under their control or under common control with any of them, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, including but not limited to fictitious business names, and each such person from using or registering any CERMAX and CERMA ADVANCED LUBRICATION TECHNOLOGY mark, however spelled or punctuated, whether capitalized, abbreviated, singular or plural, printed or stylized, whether alone or in combination with any word(s), punctuation or symbol(s), and whether used in caption, text, orally or otherwise, or any other reproduction, counterfeit, copy, colorable imitation or confusingly similar variation of the CERMAX and CERMA ADVANCED LUBRICATION TECHNOLOGY mark, as a trademark or service mark, trade name or domain name, or using such a mark in the advertising, distribution,

3

Renewed Motion for Temporary Restraining Order and Notice of Additional Evidence Just Obtained in Support of Motion for Leave to File Counterclaims

1 | sale, or offering for sale of any products or services.

## CERTIFICATION UNDER LOCAL RULE 65-1(b)

Defendants hereby certify that, pursuant to Local Rule 65-1(b), counsel applying for the temporary restraining order delivered notice of this motion to the email address of opposing counsel on February 23, 2010, as detailed in the accompanying declaration of counsel, before the day of the *ex parte* motion.

Dated: February 23, 2010

CRAIGIE, McCARTHY & CLOW

*/s/ James M. Hanavan*

By: James M. Hanavan
Attorneys for Defendants
SAFER TECHNOLOGIES, INC.,
CERMA TECHNOLOGY, INC.,
GEORGE ACKERSON,
MARY STRANAHAN,
NICHOLAS STREIT and
EDWARD HALBACH

Renewed Motion for Temporary Restraining Order and Notice of Additional Evidence Just Obtained in Support of Motion for Leave to File Counterclaims