1  James M. Hanavan, State Bar No. 66097
2  Kristen E. Drake, State Bar No. 202827
   CRAIGIE, McCARTHY & CLOW
3  540 Pacific Avenue
   San Francisco, CA 94133
4  Telephone: (415) 732-7788
   Facsimile: (415) 732-7783

5

6  Attorneys for Defendants
   SAFER TECHNOLOGIES, INC.,
7  CERMA TECHNOLOGY, INC.,
   GEORGE ACKERSON, MARY STRANAHAN,
8  NICHOLAS STREIT and EDWARD HALBACH

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  MOTOR WORKS LLC,                    Case No.: 08-CV-03608 JW

13           Plaintiff,                 **DECLARATION OF KRISTEN E. DRAKE
                                        IN SUPPORT OF:**
14     vs.
                                        **DEFENDANTS' RENEWED MOTION
15  SAFER TECHNOLOGIES, INC., CERMA     FOR TEMPORARY RESTRAINING
    TECHNOLOGY, INC., GEORGE            ORDER IN LIGHT OF EVIDENCE JUST
16  ACKERMAN, MARY STRANAHAN,           OBTAINED**
    NICHOLAS STREIT, TIM STREIT and
17  EDWARD HALBACH,                     **AND**

18           Defendants.               **NOTICE OF ADDITIONAL EVIDENCE
                                        JUST OBTAINED IN SUPPORT OF
19                                      MOVING PARTIES' REPLY BRIEF IN
                                        SUPPORT OF MOTION FOR LEAVE TO
20                                      FILE COUNTERCLAIMS**

21                                      Date:   March 8, 2010
                                        Time:   9:00 a.m.
22                                      Courtroom: 8, 4th Floor
                                        Judge: Hon. James Ware
23

24  I, Kristen E. Drake, declare:

25       1.      I am an attorney at law duly admitted to practice before all the courts of the State

26  of California.  I am associated with the law firm of Craigie, McCarthy & Clow, attorneys of

27

28                                          1

Declaration of Kristen E. Drake In Support Of
Defendants' Renewed Motion for Temporary
Restraining Order and Notice of Additional
Evidence Just Obtained in Support of Motion for
Leave to File Counterclaims

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

1   record for defendants Safer Technologies, Inc., Cerma Technology, Inc., George Ackerson, Mary

2   Stranahan, Nicholas Streit and Edward Halbach.

3         2.     Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of

4   Daniel M. Godbout.  On the evening of Tuesday, February 23, 2010, I spoke with Mr. Godbout.

5   He stated that he had checked his records and the conversation with John Murray took place on or

6   about August of 2008, *not* "[o]n or about March of 2008" as is stated in paragraph 2 of his

7   declaration.  Pursuant to Mr. Godbout's oral authorization to me over the telephone, I crossed out

8   "March" and wrote in "August" and placed my initials next to the correction.

9         3.     I gave opposing counsel Mr. Robert Weems notice of defendants' intention to

10   move for a temporary restraining by e-mailing him on Tuesday, February 23, 2010.  A true and

11   correct copy of the e-mail is attached hereto as Exhibit "B".

12         4.     I am over eighteen years of age and have the capacity to perceive and recollect.  If

13   called upon to testify, I am competent to testify to the foregoing matters, which are within my

14   personal knowledge.

15

16         I declare under penalty of perjury under the laws of the United States that the foregoing is

17   true and correct and that this declaration was executed on February 23, 2010.

18

19

20                            */s/ Kristen E. Drake*
                         Kristen E. Drake

21

22

23

24

25

26

27

28

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2                                      Declaration of Kristen E. Drake In Support Of
Defendants' Renewed Motion for Temporary
Restraining Order and Notice of Additional
Evidence Just Obtained in Support of Motion for
Leave to File Counterclaims

# Exhibit "A"

## AFFIDAVIT OF DANIEL M. GODBOUT

PROVINCE OF NEW BRUNSWICK   §
COUNTRY OF CANADA   §
COUNTY OF GLOUCESTER   §

1)   I, DANIEL M. GODBOUT; I am competent to make this Affidavit; have personal knowledge of the facts which I relate; and they are true and correct.

2)   On or about ~~March~~ *August ℞.𝒟.* of 2008 A.D., John Murray of Motorworks, LLC, &/or Cerma Organic International called me and asked for my help with some Rip Off reports that he had filed against companies and products. The Rip Off reports are on the internet on the Rip Off Report web site and are against the products Cermax plus CerBond, and the companies Safer Technologies and ceramic Performance Worldwide, LLC.

3)   John was asking for my help as it relates to internet ranking with the Rip Off reports. He stated the reports he filed were having unintended damaging results to his product and company and against his Cerma Canada Distributor.

4)   The specific help he was seeking was to see if I would help him to lower the ranking on the reports that were causing him and his distributors damage and/or concern.  I elected not to assist him.

FURTHER AFFIANT SAYETH NOT.

SWORN BEFORE ME at the _Town_
of _Caraquet_, in the Province of
New Brunswick, this _22_ day of February, 2010.

_____
A Commissioner for Oaths in and
for the Province of New Brunswick

Per: _____
**DANIEL M GODBOUT**

DENISE ST-COEUR
NOTAIRE
NOUVEAU-BRUNSWICK

# Exhibit "B"

**From:** craigielaw@aol.com
**To:** rcweems@weemslawoffices.com
**Cc:** JimHanavan@aol.com
**Subject:** Renewed Motion for Temporary Restraining Order
**Date:** Tue, Feb 23, 2010 7:42 pm

Dear Mr. Weems,

We write to give you notice that tomorrow, February 24, 2010, defendants plan on seeking a Temporary Restraining Order based upon their renewed motion for temporary restraining order which will be filed tonight.  We are informed that upon filing the papers, the court will then set a hearing date for the TRO.  We will keep you informed of the hearing date.

Defendants ask the Court to enjoin plaintiff Motor Works and John Murray, as well as their successors, assigns, officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, all other persons or entities directly or indirectly under their control or under common control with any of them, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, including but not limited to fictitious business names, and each such person from publishing false statements about defendants, their products or services on "Ripoff Report", or any other website or written form of media.

Further, Defendants ask the Court to enjoin plaintiff Motor Works and John Murray as well as their successors, assigns, officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, all other persons or entities directly or indirectly under their control or under common control with any of them, and all other persons or entities in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, including but not limited to fictitious business names, and each such person from using or registering any CERMAX and CERMA ADVANCED LUBRICATION TECHNOLOGY mark, however spelled or punctuated, whether capitalized, abbreviated, singular or plural, printed or stylized, whether alone or in combination with any word(s), punctuation or symbol(s), and whether used in caption, text, orally or otherwise, or any other reproduction, counterfeit, copy, colorable imitation or confusingly similar variation of the CERMAX and CERMA ADVANCED LUBRICATION TECHNOLOGY mark, as a trademark or service mark, trade name or domain name, or using such a mark in the advertising, distribution, sale, or offering for sale of any products or services.

Sincerely,

Kristen Drake