**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTOR WORKS,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SAFER TECHNOLOGIES INC,<br><br>        Defendant(s).<br>_____/ | No. C 08-03608 JW<br><br>CLERK'S NOTICE CONTINUING TIME FOR HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion for Leave to File Counterclaims (Docket Item No. 55) before Judge James Ware previously noticed for March 8, 2010 at 9:00 AM has been reset **to11:30 AM.** The Final Pretrial Conference is to follow the conclusion of the Motion hearing.

Dated: March 5, 2010

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy