UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 25 mins (mot), 5 mins (FPT)**

### CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**  March 8, 2010 | **Court Reporter:** Summer Clanton |
| **Case No.:** C-08-03608  JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

**Motor Works LLC v. Safer Technologies Inc et al**

**Attorney(s) for Plaintiff(s)**: Robert Weems
**Attorney(s) for Defendant(s)**: Peter Craigie, Kristen Drake

### PROCEEDINGS

1. Defendants' Motion for Leave to File Counterclaims [Doc. 55]
2. Defendants' Renewed Motion for Temporary Restraining Order [Doc. 83]
3. Final Pretrial Conference

### ORDER AFTER HEARING

Hearing held.  The Court took the motions under submission after oral argument.  The Court to issue further order following hearing.  The Court modified the bench trial schedule as follows:

March 30, 2010 - March 31, 2010 at 9:00 AM - 12:00; 1:00 PM - 4:00 PM
April 1, 2010 at 9:00 AM - 12:00 PM
Argue and Submit: April 1, 2010 at 1:00 PM - 4:00 PM

The parties are to file an updated joint pretrial statement on or before March 20, 2010.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: