IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Motor Works, LLC, | NO. C 08-03608 JW |
| Plaintiff, | **ORDER FOLLOWING TRIAL** |
| v. | |
| Safer Technologies, Inc., et al., | |
| Defendants. | |

This case was tried to the Court on March 30–April 1, 2010. At the conclusion of the trial, the Court stated its findings of fact and law on the record. For the reasons stated on the record, the Court ORDERS as follows:

(1) The parties shall each submit a supplemental brief addressing whether (a) Plaintiff has standing to assert claims involving the trademarks at issue, and (b) whether the judgment may apply to the individual Defendants.[1]

(2) The parties shall each submit a Proposed Judgment.

(3) The parties may each submit additional proposed findings of fact and law.

All briefing shall be simultaneously filed on or before **April 16, 2010**. Failure to timely file briefs consistent with this Order may result in appropriate sanctions.

Dated: April 1, 2010

JAMES WARE
United States District Judge

---

[1] George Ackerman, Mary Stranahan, Nicholas Streit, Tim Streit, and Edward Halbach.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Mitchell Hanavan craigielaw@aol.com
Robert Chipley Weems rcweems@weemslawoffices.com

**Dated:  April 1, 2010**                                      **Richard W. Wieking, Clerk**

                                                               **By:      /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**